Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio




# MEMORANDUM OPINION

No. 04-12-00152-CR

**IN RE** Robert James **WATSON**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:       Sandee Bryan Marion, Justice
                Phylis J. Speedlin, Justice
                Steven C. Hilbig, Justice

Delivered and Filed:  March 21, 2012

PETITION FOR WRIT OF MANDAMUS DENIED

On March 12, 2012, relator Robert James Watson filed a petition for writ of mandamus, asking this court to set aside the judgment and dismiss the indictment against him. However, in a criminal case, in order to be entitled to mandamus relief relator must establish: "(1) he has no other adequate legal remedy; and (2) under the relevant facts and law, the act sought to be compelled is purely ministerial." *In re Reed*, 137 S.W.3d 676, 678 (Tex. App.—San Antonio 2004, orig. proceeding) (citing *State ex rel. Hill v. Court of Appeals for Fifth Dist.*, 34 S.W.3d 924, 927 (Tex. Crim. App. 2001)).  The court has considered relator's petition and is of the

---

[1] This proceeding arises out of Cause No. 11-1543-CR, styled *State of Texas v. Robert James Watson*, in the 274th Judicial District Court, Guadalupe County, Texas, the Honorable Gary Steel presiding.

opinion that relator has not established he is entitled to mandamus relief. *Id.* Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH